# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

September 20, 2024

**To:** Gina M. Colletti
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-2647
>
> Caption:
> CHONG L. LEE,
>    Petitioner - Appellant
>
> v.
>
> BRADLEY MLODZIK,
>    Respondent - Appellee
>
> District Court No: 2:22-cv-00620-WCG
> District Judge William C. Griesbach
> Clerk/Agency Rep Gina M. Colletti
>
> Date NOA filed in District Court: 09/20/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)