UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHONG L. LEE,

    Petitioner-Appellant,

    v.                                      USDC Case No. 22-C-620

BRAD MLODZIK,                  USCA Case No. 24-2647

    Respondent-Appellee.

---

## ORDER

---

    Petitioner Lee filed a notice of appeal from my order denying him relief under 28 U.S.C. § 2254. He also filed a request for leave to proceed on appeal *in forma pauperis*. Because his appeal is from the denial of a petition for relief under § 2254, the initial partial filing fee provisions of the Prison Litigation Reform Act (PLRA) do not apply. *See Walker v. O'Brien*, 216 F.3d 626 (7th Cir. 2000) (holding that "the PLRA does not apply to any requests for collateral relief under 28 U.S.C. §§ 2241, 2254, 2255"). Petitioner is a prison inmate without significant income and thus clearly meets the indigency requirements of a motion for leave to proceed *in forma pauperis*. The court issued a certificate of appealability as to the issue of whether the destruction of evidence violated Petitioner Lee's right to due process on **September 6, 2024**. Accordingly, Petitioner's motion for leave to appeal *in forma pauperis* (Dkt. No. 48) is **GRANTED**.

    **SO ORDERED** at Green Bay, Wisconsin this 3rd day of October, 2024.

                                                             s/ William C. Griesbach
                                                             William C. Griesbach
                                                             United States District Judge