# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 22, 2024

*Before*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 24-2647 | |
| CHONG L. LEE, *Petitioner-Appellant*, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| *v.* | No. 22-C-620 |
| BRADLEY MLODZIK, *Respondent-Appellee*. | William C. Griesbach, *Judge*. |

**O R D E R**

The district court granted Chong Lee a certificate of appealability regarding the denial of his petition under 28 U.S.C. § 2254. The constitutional issue identified by the district court is whether the State violated Lee's due process rights when government officials first failed to disclose, and then later intentionally destroyed, recordings of three preliminary interviews with witnesses.

After reviewing the district court's order and the record on appeal, we conclude that the court would benefit from counseled briefing and oral argument. *See* FED. R. APP. P. 34(a)(2)(C). We therefore sua sponte appoint counsel for the appellant. An order designating counsel and setting a briefing schedule will follow.