# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

November 1, 2024

*By the Court*:

No. 24-2647

| | |
|---|---|
| CHONG L. LEE,<br>    Petitioner - Appellant, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| v. | No. 2:22-cv-00620-WCG |
| BRADLEY MLODZIK,<br>    Respondent - Appellee. | William C. Griesbach,<br>*Judge.* |

Pursuant to this court's order of October 22, 2024, **IT IS ORDERED** that attorney Benjamin Morrell, TAFT STETTINIUS & HOLLISTER LLP, 111 E. Wacker Drive, Chicago, IL 60601, bmorrell@taftlaw.com, is appointed to represent petitioner-appellant Chong L. Lee pursuant to the provisions of the Criminal Justice Act.

Briefing shall proceed as follows:

1. Petitioner-appellant shall file his brief and required short appendix on or before March 6, 2025.

2. Respondent-appellee shall file its brief on or before April 7, 2025.

3. Petitioner-appellant shall file his reply brief, if any, on or before April 28, 2025.

**IT IS FINALLY ORDERED** that the District Court add attorney Benjamin Morrell to their CM/ECF database for purposes of accessing District Court documents, including sealed docket entries not filed *ex parte*.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).