No. 24-2647

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

CHONG L. LEE,

    Petitioner-Appellant,

 v.

BRADLEY MLODZIK,

    Respondent-Appellee.

### MOTION FOR AN EXTENSION OF TIME TO FILE BRIEF OF RESPONDENT-APPELLEE

Respondent Bradley Mlodzik, by undersigned counsel, moves this Court for a 4-week extension of time to file the Respondent-Appellee's Brief in the above-entitled matter. Counsel's affidavit is attached in support of this motion.

Dated this 25th day of April 2025.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    <u>s/ John W. Kellis</u>
    JOHN W. KELLIS
    Assistant Attorney General
    State Bar #1083400

    Attorneys for Respondent-Appellee

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7081
(608) 294-2907 (Fax)
kellisjw@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on April 25, 2025, I electronically filed the foregoing motion with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 25th day of April 2025.

s/ John W. Kellis
JOHN W. KELLIS

No. 24-2647

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

CHONG L. LEE,

    Petitioner-Appellant,

 v.

BRADLEY MLODZIK,

    Respondent-Appellee.

## AFFIDAVIT OF ATTORNEY JOHN W. KELLIS

STATE OF WISCONSIN

COUNTY OF DANE

    John W. Kellis, being first duly sworn, on oath deposes and says that:

    1.    I am an Assistant Attorney General employed by the Wisconsin Department of Justice and duly licensed to practice law in the State of Wisconsin and in the United States Court of Appeals for the Seventh Circuit. I make this affidavit upon personal knowledge.

    2.    I represent Respondent-Appellee in this Court.

3.  This affidavit and attached motion are being submitted to the Court to request an extension of time of 4 weeks, to June 6, 2025, to file Respondent-Appellee's brief, which is currently due May 7, 2025.

4.  This brief is my priority. However, I will be unable to complete the brief by the current deadline due to the press of other work and other circumstances, including:

   a.  Response to petition for writ of habeas corpus in *Renardo Liquori Carter v. Troy Enger*, Case No. 23-CV-696, filed in the United States District Court for the Western District of Wisconsin on April 15, 2025, following one extension;

   b.  Preparation for an evidentiary hearing in *Darion Ezell Deandre Parker v. Dylon Radtke*, Case No. 21-CV-1361, held in the United States District Court for the Eastern District of Wisconsin on April 18, 2025;

   c.  Response in *State ex rel. Conrese S. Williams, Jr. v. Chris Buesgen*, Case No. 2024AP1184-W, filed in the Wisconsin Court of Appeals on April 22, 2025;

   d.  Response to petition for leave to appeal in *State v. Paul E. Fritz*, Case No. 2025AP667-CRLV, filed in the Wisconsin Court of Appeals on April 24, 2025, following one extension;

   e.  Pre-planned vacation day on April 28, 2025;

  f. Reply brief in *State v. Cesar D. DeLeon*, Case No. 2024AP2016, due for filing in the Wisconsin Court of Appeals by April 29, 2025;

  g. Brief in *Robert Darius Spencer v. Johnson*, Case No. 23-CV-820, due for filing in the United States District Court for the Eastern District of Wisconsin by May 5, 2025;

  h. Response brief in *State v. Brandon Lee Strickland*, Case No. 2024AP2376-CR, due for filing in the Wisconsin Court of Appeals by May 6, 2025, following two extensions;

  i. Response brief in *State v. Kamari J. Roy*, Case No. 2025AP15-CR, due for filing in the Wisconsin Court of Appeals by May 9, 2025;

  j. Response brief in *State v. John Paul Walsh*, Case No. 2025AP84-CR, due for filing in the Wisconsin Court of Appeals by May 12, 2025, following two extensions; and

  k. Response brief in *State v. Ted J. Bruno*, Case No. 2024AP564-CR, due for filing in the Wisconsin Court of Appeals by May 19, 2025, following one extension.

5. This extension request contemplates the time necessary for the editing, proofing, cite checking, formatting, and finalization process for filing.

6. I have contacted counsel for Petitioner-Appellant, Attorney Benjamin Morrell, and am authorized to represent that he has no opposition to this extension request.

For the foregoing reasons, counsel respectfully requests a 4-week extension of time to file Respondent-Appellee's brief in this case to June 6, 2025.

Dated this 25th day of April 2025.

                                          Respectfully submitted,

                                          JOSHUA L. KAUL
                                          Attorney General of Wisconsin

                                          <u>s/ John W. Kellis</u>
                                          JOHN W. KELLIS
                                          Assistant Attorney General
                                          State Bar #1083400

                                          Attorneys for Respondent-Appellee

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7081
(608) 294-2907 (Fax)
kellisjw@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on April 25, 2025, I electronically filed the foregoing affidavit with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 25th day of April 2025.

s/ John W. Kellis
JOHN W. KELLIS
