No. 24-2647

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

CHONG L. LEE,

    Petitioner-Appellant,

 v.

BRADLEY MLODZIK,

    Respondent-Appellee.

**UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME TO FILE BRIEF OF RESPONDENT-APPELLEE**

Respondent Bradley Mlodzik, by undersigned counsel, moves this Court for a two-week extension of time to file the Respondent-Appellee's Brief in the above-entitled matter. Counsel's affidavit is attached in support of this motion.

Dated this 29th day of May 2025.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    s/ John W. Kellis
    JOHN W. KELLIS
    Assistant Attorney General
    State Bar #1083400

    Attorneys for Respondent-Appellee

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7081
(608) 294-2907 (Fax)
kellisjw@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on May 29, 2025, I electronically filed the foregoing motion with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 29th day of May 2025.

<u>s/ John W. Kellis</u>
JOHN W. KELLIS

No. 24-2647

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

CHONG L. LEE,

    Petitioner-Appellant,

 v.

BRADLEY MLODZIK,

    Respondent-Appellee.

## AFFIDAVIT OF ATTORNEY JOHN W. KELLIS

STATE OF WISCONSIN

COUNTY OF DANE

    John W. Kellis, being first duly sworn, on oath deposes and says that:

    1.    I am an Assistant Attorney General employed by the Wisconsin Department of Justice and duly licensed to practice law in the State of Wisconsin and in the United States Court of Appeals for the Seventh Circuit. I make this affidavit upon personal knowledge.

    2.    I represent Respondent-Appellee in this Court.

    3.    This affidavit and attached motion are being submitted to the Court to request an extension of time of two weeks, to June 20, 2025, to file

Respondent-Appellee's brief, which is currently due June 6, 2025. This Court previously granted a 30-day extension on April 25, 2025.

4. I have been diligently working on Respondent-Appellee's brief and this case remains my priority. However, I will be unable to complete the brief by the current deadline due to the press of other work and other circumstances, including:

  a. Response brief in *State v. John Paul Walsh*, Case No. 2025AP84-CR, filed in the Wisconsin Court of Appeals on May 9, 2025, following two extensions;

  b. Internal memorandum regarding a potential state's appeal in *State v. Carnell Mayes*, Milwaukee County Circuit Court Case No. 2024CF2268, completed May 21, 2025;

  c. Response to Petition for Review in *State v. Danny Thomas McClain, Jr.*, Case No. 2024AP8-CR, filed in the Wisconsin Supreme Court on May 20, 2025;

  d. Response brief in *State v. Ted J. Bruno*, Case No. 2024AP564-CR, due for filing in the Wisconsin Court of Appeals by June 3, 2025, following two extensions;

  e. Response brief in *Robert D. Spencer v. Jason Wells*, Case No. 23-C-820, due for filing in the United States District Court for the Eastern District of Wisconsin by June 4, 2025, following one extension;

2

    f. Response brief in *State v. Kamari J. Roy*, Case No. 2025AP15-CR, due for filing in the Wisconsin Court of Appeals by June 9, 2025, following one extension;

    g. Post-evidentiary hearing brief in *Darion Ezell Deandre Parker v. Dylon Radtke*, Case No. 21-CV-136, due for filing in the United States District Court for the Eastern District of Wisconsin by June 11, 2025;

    h. Reply brief in *State v. Cesar D. DeLeon*, Case No. 2024AP2016, due for filing in the Wisconsin Court of Appeals by June 13, 2025, following two extensions;

    i. Opening brief in *State v. Michael R. Rossow*, Case No. 2025AP560-CR, due for filing in the Wisconsin Court of Appeals by June 17, 2025;

    j. Response brief in *State v. Ricardo Moguel-Rosales*, Case No. 2024AP2308-CR, due for filing in the Wisconsin Court of Appeals by June 18, 2025; and

    k. Response brief in *State v. Sir Grant*, Case No. 2024AP2543-CR, due for filing in the Wisconsin Court of Appeals by June 20, 2025, following one extension.

    5. This extension contemplates the editing, proofing, cite checking, formatting, and finalization process for filing.

6.     I have contacted counsel for Petitioner-Appellant, Attorney Benjamin Morrell, and am authorized to represent that he has no opposition to this extension request.

For the foregoing reasons, counsel respectfully requests a two-week extension of time to file Respondent-Appellee's brief in this case to June 20, 2025.

Dated this 29th day of May 2025.

                    Respectfully submitted,

                    JOSHUA L. KAUL
                    Attorney General of Wisconsin

                    s/ John W. Kellis
                    JOHN W. KELLIS
                    Assistant Attorney General
                    State Bar #1083400

                    Attorneys for Respondent-Appellee

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7081
(608) 294-2907 (Fax)
kellisjw@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on May 29, 2025, I electronically filed the foregoing affidavit with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 29th day of May 2025.

s/ John W. Kellis<br>
JOHN W. KELLIS