# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 29, 2025

*By the Court:*

|  | CHONG L. LEE, |
|---|---|
|  | Petitioner - Appellant |
| No. 24-2647 | v. |
|  | BRADLEY MLODZIK, |
|  | Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00620-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach | |

Upon consideration of the **UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME TO FILE BRIEF OF RESPONDENT-APPELLEE**, filed on May 29, 2025, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief of the appellee is due by June 20, 2025.
2. The reply brief of the appellant, if any, is due by July 11, 2025.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)