No. 24-2647

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

CHONG L. LEE,

    Petitioner-Appellant,

  v.

BRADLEY MLODZIK,

    Respondent-Appellee.

## NOTICE OF ORAL ARGUMENT AVAILABILITY

John W. Kellis, counsel for Respondent-Appellee Warden Bradley Mlodzik, advises this Court and the Petitioner that he will not be available for oral argument during August 22, 2025, November 28, 2025, December 23, 2025, through January 2, 2026, and February 4–13, 2026.

Dated this 20th day of June 2025.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    <u>s/ John W. Kellis</u>
    JOHN W. KELLIS
    Assistant Attorney General
    State Bar #1083400

    Attorneys for Respondent-Appellee

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7081
(608) 294-2907 (Fax)
john.kellis@wisdoj.gov

No. 24-2647

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

CHONG L. LEE,

    Petitioner-Appellant,

v.

BRADLEY MLODZIK,

    Respondent-Appellee.

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, the **Notice of Oral Argument Availability** was electronically filed with the Clerk of Court, on behalf of the Respondent-Appellee, using the ECF system which will send notification of such filing to all participants who are registered CM/ECF users.

                                    s/ John W. Kellis
                                    JOHN W. KELLIS