

One Indiana Square, Suite 3500
Indianapolis, IN 46204-4609
Tel: 317.713.3500 | Fax: 317.713.3699
taftlaw.com

Christine A. Walsh
219.671.1505
CWalsh@taftlaw.com

June 26, 2025

Office of the Clerk
U.S. Court of Appeals for the Seventh Circuit
Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, Illinois 60604

    Re:     *Chong Lee v. Bradley Mlodzik,* No. 24-2647; Oral Argument Schedule

Dear Clerk,

    Briefing in this appeal is scheduled to close on July 11, 2025. If oral argument is scheduled, the undersigned will be arguing on behalf of Appellant Chong Lee. The undersigned submits this oral argument availability notice and respectfully requests that argument in this case **not** be set between September 11th through September 17th, when the undersigned will be traveling to and from an overseas wedding. If possible with the Court's schedule, the undersigned would prefer the argument also not be set immediately following this travel.

    Thank you for your consideration. I will update this letter if additional scheduling conflicts arise.

                                                Sincerely,

                                                Christine Walsh

## CERTIFICATE OF SERVICE

I certify that I caused this notice to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit on June 26, 2025, using the Court's CM/ECF system thereby effecting service on counsel of record who are registered for electronic filing under Cir. R. 25(a).

<u>/s/ Christine A. Walsh</u>