No. 24-2647

---

In the

# United States Court of Appeals
# for the Seventh Circuit

---

CHONG LEE,

Petitioner-Appellant,

v.

BRADLEY MLODZIK,

Respondent-Appellee.

---

On Appeal from the United States District Court
for the Eastern District of Wisconsin
No. 2:22-cv-00620-WCG

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE PETITIONER-APPELLANT'S REPLY BRIEF

---

Christine A. Walsh
Sydney Darnall
Taft Stettinius &
Hollister LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204
Tel.: (317) 713-3500
Fax: (317) 713-3699
cwalsh@taftlaw.com
sdarnall@taftlaw.com

Benjamin S. Morrell
  *Counsel of Record*
Taft Stettinius
& Hollister LLP
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Appointed Counsel for Petitioner-Appellant*

Petitioner-Appellant Chong L. Lee, by his undersigned counsel, moves for his second 30-day extension of time to file his reply brief, pursuant to Circuit Rule 26. Counsel have conferred and this motion is unopposed. In support of this motion, Mr. Lee states as follows:

1.      This matter is an appeal of the denial of Mr. Lee's petition for a writ of habeas corpus. The district court denied Mr. Lee's § 2254 petition but granted a certificate of appealability as to whether the State violated his due process rights when government officials first failed to disclose, and then later intentionally destroyed, recordings of three preliminary interviews with witnesses.

2.      Mr. Lee's reply brief is presently due on August 11, 2025. (D.E. 28.)

3.      This record in this case is extensive and includes proceedings at trial, on direct appeal, on state postconviction review and appeal, and on federal habeas review.

4.      The issue on appeal in this Court is highly fact-intensive and requires additional review of the transcripts of the 11-day jury trial that resulted in Mr. Lee's conviction, as well as the transcripts for the hearings concerning the destroyed evidence.

5.      As such, Mr. Lee submits that this appeal is sufficiently complex so as

to require an extension of time to prepare his reply brief. *See* 7th Cir. R. 26(2).

6.     Counsel has been diligently working on his reply brief and this case remains counsel's priority. However, counsel drafting the reply brief will be unable to complete the brief by the current deadline due to the press of other work and circumstances including the drafting and preparation of a temporary restraining order and unexpected client issues of a pressing and urgent nature.

7.     Mr. Lee is incarcerated at the Waupun Correctional Institution in Waupun, Wisconsin. Counsel for Mr. Lee also want to ensure that Mr. Lee has ample time to review the reply brief and consult with counsel before the reply brief is filed.

8.     In further support of this motion, Mr. Lee submits the attached Declaration of Christine A. Walsh, pursuant to Circuit Rule 26.

9.     Counsel for Mr. Lee has conferred with counsel for Respondent Mlodzik regarding this motion. Respondent does not object to the relief requested herein.

10.     This is Mr. Lee's second extension of time for his reply brief and he does not anticipate requesting any further extensions. This motion is not brought for purposes of delay, it will not prejudice Respondent, and the interest of justice will be served by the granting of this motion.

For the reasons discussed above, Mr. Lee respectfully requests that the Court enter an Order granting him an extension of 30 days, up to and including Wednesday, September 10, 2025, to file his reply brief.


Dated: August 5, 2025

Respectfully submitted,

CHONG LEE
*By Counsel*

/s/ Christine A. Walsh
Christine A. Walsh
Sydney Darnall
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel.: (317) 713-3500
Fax: (317) 713-3699
cwalsh@taftlaw.com
sdarnall@taftlaw.com

Benjamin S. Morrell
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Appointed Counsel for Petitioner-Appellant*

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation of Federal

Rule of Appellate Procedure 27(d)(2)(A) because it does not exceed 5,200 words.

This motion complies with the typeface and type-style requirements of Federal

Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in

the proportionally spaced typeface of Equity using Microsoft Word, in 14-point size.

Date: August 5, 2025

/s/ Christine A. Walsh

**CERTIFICATE OF SERVICE**

I certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: August 5, 2025

/s/ *Christine A. Walsh*

**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

CHONG LEE,

       Petitioner-Appellant,

v.

BRADLEY MLODZIK,

       Respondent-Appellee.

Case No. 24-2647

On Appeal from the United States District Court for the Eastern District of Wisconsin, No. 2:22-cv-00620-WCG

<u>**DECLARATION OF CHRISTINE A. WALSH**</u>

I, Christine A. Walsh, am over 18 years of age, am of sound mind, and have personal knowledge of the following facts:

1. This affidavit is submitted in accordance with Seventh Circuit Rule 26.

2. I am counsel for Petitioner-Appellant Chong Lee.

3. Mr. Lee is currently in custody at Waupun Correctional Institution in Waupun, Wisconsin.

4. This record in this case is extensive and includes proceedings at trial, on direct appeal, on state postconviction review and appeal, and on federal habeas review.

5. The issue on appeal in this Court is highly fact-intensive and requires thorough review of the transcripts of the 11-day jury trial that resulted in Mr. Lee's conviction.

6. As such, that this appeal is sufficiently complex so as to require an extension of time to prepare Mr. Lee's opening brief.

7. Counsel has been diligently working on his reply brief and this case remains counsel's priority. However, counsel drafting the reply brief will be unable to complete the brief by the current deadline due to the press of other work and circumstances including the drafting and

preparation of a temporary restraining order and unexpected client issues of a pressing and urgent nature.

8.      Counsel for Mr. Lee has conferred with counsel for Respondent Mlodzik regarding this motion. Respondent does not object to the relief requested herein.

9.      I hereby affirm under the penalty of perjury that the foregoing is true and correct.


Date: August 5, 2025

                                                            */s/ Christine A. Walsh*
                                                            Christine A. Walsh