# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 24, 2026

Before

**JOHN Z. LEE,** *Circuit Judge*
**DORIS L. PRYOR,** *Circuit Judge*
**JOSHUA P. KOLAR,** *Circuit Judge*

| | |
|---|---|
| No. 24-2647 | CHONG L. LEE,<br>        Petitioner - Appellant<br><br>v.<br><br>BRADLEY MLODZIK,<br>        Respondent - Appellee |

**Originating Case Information:**

District Court No: 2:22-cv-00620-WCG
Eastern District of Wisconsin
District Judge William C. Griesbach

The judgment of the District Court is **AFFIRMED,** with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)