# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 15, 2026

To:  Linda M. Klemm
     UNITED STATES DISTRICT COURT
     Eastern District of Wisconsin
     Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 24-2647 | CHONG L. LEE,<br>            Petitioner - Appellant<br><br>v.<br><br>BRADLEY MLODZIK,<br>            Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:22-cv-00620-WCG |
| Eastern District of Wisconsin |
| District Judge William C. Griesbach |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**     (form ID: **135**)